FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)     Form 1    March 2023

# UNITED STATES
## DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

**Case number being appealed:** 3:24-cv-580-WWB-SJH

**Case title being appealed:** Patrick v. GRAHAM and WILSON,

**Date of final judgment or order being appealed:** March 12, 2025.

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Lana Patrick Pro Se

Date: 3/19/2025

Signature: [signed]

Name: Lana Patrick

Address: 9378 Arlington Expy

Jacksonville FL 32225

Phone Number: 904- 524- 6030

Email Address: thejtownpress@gmail.com