UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANA PATRICK,

    Plaintiff,

v.                                                          CASE NO. 3:24-cv-580-WWB-SJH

OFFICER GRAHAM, et al.,

    Defendants.
_____/

**PLAINTIFFS' AMENDED COMPLAINT**

    Comes now the plaintiff Lana Patrick in a pro se capacity to amend my complaint in respect to claim IV of my original complaint

**I. JURISDICTION**

    This Court has jurisdiction over this civil rights action brought pursuant to 42 U.S.C. § 1983, as the Plaintiff alleges that the Defendant, a state official acting under color of state law, violated the Plaintiff's rights. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1343(3).

## FACTS

On April 18th 2024 I received an email from Youtube informing me that they had removed my news story because they had received a privacy complaint. Which was troubling as I only record government employees in the course of duties and where they have no expectation of privacy.

As technology advances the citizen has now become the journalist, catching our public officials in the course of their duties, as is our right.

Youtube pinpoints the time in the video where the violation of privacy was suppose to occur, noticing it was only marked for the time defendant Wilson was in the video.

Youtube makes its service open to private citizens who may have had some personally identifible information exposed to have the video removed. It is not intended for public employees to remove videos of their bad behavior from the public eye.

I can surmise that defendant Wilson did not fill out the privacy complaint honestly or else the video would not have gotten taken down. Chances that he filled out the privacy complaint saying he was a public employee with no expectation of privacy during the filming of the video wouldn't of gotten him far.

## CLAIM IV -SUBSEQUENT PUNISHMENT

Defendant Wilson punished me financially by having my news story removed as well as my credibility as now it looks like I have done something I should not have. Defendant Wilson used a system meant to protect people and instead used it to remove a video of his performance interacting with a member of the public in public.

## RELIEF

Plaintiff requests $100,000 in punitive damages and training on the 1st amendment.

Respectfully submitted,

_____
Lana Patrick Pro Se
9378 Arlington Expy Pmb 204
Jacksonville, FL 32225
thejtownpress@gmail.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 25 day of March 2025, I emailed a copy of the foregoing to:

Craig Feiser
117 West Duval Street,
Suite 480
Jacksonville, FL 32225
cfeiser@coj.net

**Lana Patrick Pro Se**