**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LANA PATRICK,

        Plaintiff,

v.

                                                   Case No.: 3:24-cv-580-WWB-SJH

GRAHAM and WILSON,

        Defendants.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on Defendants' Motion to Strike, or in the Alternative Dismiss, Plaintiff's Amended Complaint (Doc. 37) and Plaintiff's Response (Doc. 40) thereto. United States Magistrate Judge Samuel J. Horovitz issued a Report and Recommendation (Doc. 41) in which he recommends that Defendants' Motion be granted in part and that Plaintiff's Amended Complaint be stricken for lack of jurisdiction.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Strike, or in the Alternative Dismiss, Plaintiff's Amended Complaint (Doc. 37) is **GRANTED IN PART** at set forth in the Report and Recommendation and **DENIED** in all other respects.

3. Plaintiff's Amended Complaint (Docs. 35, 36) is **STRICKEN**.

4. The Clerk of Court is **DIRECTED** to close this case pending Plaintiff's appeal.

**DONE AND ORDERED** in Jacksonville, Florida on June 26, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party